UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SLOAN MULLER,

    Petitioner,
                                                   Case No. 18-cv-12788
                                                   Hon. Matthew F. Leitman

v.

J.A. TERRIS,

    Respondent.
_____/

## **JUDGMENT**

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Order entered on September 9, 2019:

The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE.

Dated at Flint, Michigan, this 9th day of September, 2019.

                                                      DAVID J. WEAVER
                                                      CLERK OF COURT

                                      By:    s/Holly A. Monda
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge